# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL ASSOCIATE MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALCHEMIST HOLDINGS, LLC, a Nevada limited liability company, INTENSIVE ASSET MANAGEMENT, LLC, a Nevada limited liability company, INTENSIVE ASSET MANAGEMENT INC., a Nevada corporation, DONN SMITH, an individual, GRANT H. PEEVER, an individual, CLEMENTINE ESTRADA, an individual, and ROBERT EZEKIAL ESTRADA, an individual,<br><br>Defendants. | Civil No. 04cv1105 J (CAB)<br><br>**ORDER DISMISSING DEFENDANT CLEMENTINE ESTRADA WITHOUT PREJUDICE** |

In response to this Court's Order of March 30, 2009, Plaintiff Capital Associate Management Corporation ("CAMC") filed a status report on the above-captioned action. [Doc. No. 198.] In that report, CAMC indicated that it has no current intention of proceeding with this action against Defendant Clementine Estrada and does not object to the dismissal of this action against Defendant Clementine Estrada without prejudice. In addition, CAMC reported that the office of the United States Trustee and counsel for the bankruptcy trustee in

Clementine Estrada's bankruptcy proceeding have no objection to the dismissal of this action. For these reasons, the Court **DISMISSES** Defendant Clementine Estrada **without prejudice**. All other defendants in this matter were previously either dismissed or had a judgment entered again them [*see* doc. nos. 142, 142, 144, 148, and 190]. Therefore, this action is now **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: April 17, 2009

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Bencivengo
All Parties of Record